# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **DANIEL BROWN,** | ) |
| **Petitioner,** | ) ) ) |
| **V.** | ) ) **Case No.:  4:20-cv-1073-LCB-HNJ** |
| **WARDEN OF ETOWAH COUNTY DETENTION CENTER,** *et al.*, | ) ) ) ) |
| **Respondents.** | ) |

## ORDER

On August 7, 2020, U.S. Magistrate Judge Herman N. Johnson issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that the Court dismiss this action as duplicative of the earlier-filed Case No. 4:20-cv-1126-RDP-HNJ. (Doc. 5). Petitioner has not objected to the Report and Recommendation.

When a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the District Court must conduct a de novo review of those portions of the report to which the party has specifically objected. 28 U.S.C. § 636(b)(1). The unchallenged portions of the Magistrate Judge's report are reviewed for clear error. *See LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988).

Having reviewed the proposed findings and recommendations for clear error, the Court concludes that the Magistrate Judge's Report and Recommendation

(Doc. 5) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. This action is therefore **DISMISSED WITHOUT PREJUDICE.**

The Clerk of Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** this September 2, 2020.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE